IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JOHN PAUL GADDY,<br><br>　　　　　Defendant. | DOCKET NO. 3:22-CR-00081-KDB<br><br>**MOTION TO SEAL** |

　　　Mr. John Paul Gaddy, by and through undersigned counsel, Assistant Federal Defender Taylor Goodnight, and pursuant to Local Rule 49.1.1, respectfully requests that this Court seal his Documents for Sentencing/Sentencing Memorandum (document number 25) due to the sensitive nature of the information contained in the document, including summaries of medical records, diagnoses, and medications.

　　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　/s/ *Taylor Goodnight*
　　　　　　　　　　　　　　　Taylor Goodnight
　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　N.C. Bar No. 50735
　　　　　　　　　　　　　　　Federal Defenders of Western North Carolina, Inc.
　　　　　　　　　　　　　　　129 West Trade Street, Suite 300
　　　　　　　　　　　　　　　Charlotte, NC 28202
　　　　　　　　　　　　　　　(704) 374-0720
　　　　　　　　　　　　　　　taylor_goodnight@fd.org
　　　　　　　　　　　　　　　*Attorney for John Paul Gaddy*

Dated: October 24, 2022